JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIK MINASSI,<br><br>             Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>           Respondents. | Case 5:26-cv-00723-AYP<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: April 1, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE